| | | |
|---|---|---|
| | AUSA: Ryan Paticka | Telephone: (313) 226-9635 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Morgan Pilat | Telephone: 734-358-0960 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Michelle Denise Hill

Case: **2:25-mj-30572**
Assigned To : **Unassigned**
Assign. Date : **9/11/2025**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 2015 - July 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Morgan Pilat
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 11, 2025

*Judge's signature*

City and state: Detroit, Michigan

Anthony P. Patti- Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Morgan Pilat, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the U.S. Department of Education – Office of Inspector General (ED-OIG) assigned to the Ann Arbor, Michigan Field Office, duly appointed according to law and acting as such. As part of my duties, I am authorized to conduct investigations, audits, and inspections in connection with the administration and enforcement of laws, regulations, orders, contracts, and programs in which the U.S. Department of Education (hereinafter DoE) is, or may be, a party of interest, and perform other duties on behalf of the U.S. Secretary of Education. My chief responsibility is the investigation of fraud involving federally funded grants and loans for education. Prior to this assignment, I was employed as a Special Agent with the U.S. Postal Service – OIG for over four years investigating fraud, waste, and abuse, with a focus on financial fraud. Previously, I served as a private sector anti-money laundering investigator and as a U.S. Secret Service uniformed officer. I have conducted numerous investigations including U.S. Mail, check, bank fraud, and insurance fraud schemes.

2. The facts set forth in this affidavit come from my personal observations, my training and experience, and information obtained from investigative sources, records, and information relayed from other members of the investigative team. This affidavit is submitted for the limited purpose of showing that there is sufficient probable cause for the requested complaint, and it does not set forth all facts known to law enforcement related to this investigation.

3. The affidavit is limited to probable cause that MICHELLE DENISE HILL ("Hill") (DOB XX/XX/1977) intentionally perpetrated a financial aid fraud scheme against DoE in violation of Title 18 U.S.C. § 1343 (Wire Fraud).

**BACKGROUND**

4. In Federal Student Aid (FSA) fraud schemes, fraud ringleaders recruit "straw" students to fraudulently obtain FSA (Federal Pell Grants and Federal Direct Student Loans) "Title IV" funds. The straw students provide their personal identifying information (PII) to ringleaders, who in-turn use that information to enroll the straw students in Online college courses. Once the ringleader enrolls the straw student, they apply for FSA Online using the straw student's personal information. The ringleader then completes and submits the required Online Free Application for Federal Student Aid (FAFSA) for each straw student. The FAFSAs commonly contain materially false statements, including false representations that the student possesses a high school diploma or general educational development (GED) certificate, or false representations that the student intends to use the FSA funds to attend school, when neither the student nor the ringleader have intentions of using the FSA funds for school related purposes.

5. During the FSA scheme, straw students do not complete their coursework and have no intent to go to school, though, oftentimes, the ringleader will complete the straw students' coursework or log onto student's Online school portals for attendance purposes, so as the straw students will continue to appear to be eligible to receive FSA.

6. Relying on the false representations, DoE distributes FSA funds to the straw students' colleges for tuition. The colleges then withhold the cost of tuition and distribute the balance of the funds directly to the students, which are intended to cover the students' living expenses. The balance is typically disbursed to the students in the form of a debit card or a

financial aid refund check, which are mailed to students through the U.S. Mail, or via direct deposit into a financial account of their choosing.

7. Ringleaders ensure FSA funds are funneled to themselves once disbursed to the straw students. In FSA fraud schemes that involve financial aid refund checks or debit cards sent through U.S. mail, the ringleaders typically cause the refunds to be mailed to an address they maintain some control over. Once the straw student's financial aid refund check is received, the ringleader often meets with the straw student at a check cashing facility and has the straw student endorse and cash the check. Once the check is cashed, the straw student splits the proceeds with the ringleader. In FSA fraud schemes that involve financial aid refund direct deposits, the ringleaders typically have control of the bank account to which funds are disbursed, cause funds to be electronically transferred from the accounts, or have the funds withdrawn as cash. If FSA is received via mail or direct deposit to an account owned *only* by the straw student, the ringleader will arrange the exchange of payment from the student by electronic means, such as CashApp, or an in-person cash transfer.

8. There is probable cause to believe that Hill knowingly, intentionally, and willfully conspired and agreed to commit a financial aid fraud scheme against DoE, beginning in or around July 2015, and continuing through at least July 2025, in the Eastern District of Michigan. To facilitate this scheme, Hill made use of the PII of multiple individuals to defraud and obtain money or property, as well as through the submission of false and fraudulent Title IV documentation, the processing and payment of which involved the use of the mails and interstate wire transmissions.

## SUMMARY OF INVESTIGATION

9. Beginning in or around July 2015, and continuing through at least July 2025, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendant, Michelle Hill, with the intent to defraud, knowingly devised and executed a scheme to obtain money and property by means of materially false and fraudulent pretenses and representations. The purpose to defraud was for the defendant to unlawfully obtain FSA benefits to which she was not entitled. In executing the scheme, the defendant caused the transmission of writings, signals, and sounds by means of wire communication in interstate commerce.

10. Specifically, since 2015, Hill submitted fraudulent FSA claims for approximately 80 individuals, predominantly involving Wayne County Community College (WCCC), located in Detroit, Michigan. As a result of the scheme, Hill fraudulently caused approximately **$3,256,151.00** in FSA benefits to be awarded, with approximately **$2,530,854.00** disbursed to date.

11. This investigation was initiated in 2022, after Affiant received a complaint from a WCCC official. The complainant stated there had been an influx of FSA recipients from Detroit Michigan who all indicated the same Florida high school, Southeastern, on their FAFSAs. Per its website (http://www.southeasternhs.com), Southeastern offers a paid program which encompasses earning a "fast track" High School Diploma by one examination, which is <u>not</u> to be used for college admissions. As it relates to this investigation, 41 recipients indicated Southeastern on their FAFSAs.

12. The investigation determined other trends, indicative of fraud, among the information entered by individuals in their FAFSA and FSA ID applications. These items included the submission of identical shared answers to challenge questions for profile login; shared demographic, address, and phone information; and shared personal reference information

(often Hill herself). Also, the investigation has determined that virtually all straw students working with Hill were knowing participants--either friends, family, or acquaintances of Hill and/or her adult children. Postsecondary academic records also indicated that the recipients in the case were enrolled in the same WCCC Online program, *Associate of General Studies/Arts*, and completed the same Online classes, often at the exact same time, with the same coursework.

13. The distinct Comcast Cable Internet Protocol (IP) address 73.144.33.242 ("IP.73"), assigned to Hill at her residence on River Place Drive in Detroit, was used in the creation and facilitation of the fraudulently awarded FSA. Specifically, based on analysis of via Master Promissory Note, FAFSA, and FSA ID IP logs, IP.73 was associated with at least 78 of the individuals awarded FSA.

14. Once a FAFSA is submitted, and FSA is applied for, it is sent via interstate wire to the FAFSA Processing System server located in Clarksville, Virginia. For example, on or about the dates listed below, Hill, for the purpose of executing and attempting to execute and artifice to defraud above, caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, or sounds, as described in the following chart:

| Date | Description of Document | Applicant Location | Recipient Location |
|---|---|---|---|
| 1/7/2022 | FAFSA filed for Txxxxx Fxxxxxxx | Detroit, Michigan (IP 73.144.33.242) | Department of Education, Clarksville, Virginia |
| 1/7/2022 | FAFSA filed for Nxxxxx Hxxxxx | Detroit, Michigan (IP 73.144.33.242) | Department of Education, Clarksville, Virginia |
| 1/7/2022 | FAFSA filed for Mxxxxxxxx Hxxx | Detroit, Michigan (IP 73.144.33.242) | Department of Education, Clarksville, Virginia |

15. In addition to the submission of FSA for the recipients, IP.73, belonging to Hill, was used to access classes via WCCC's Online course portal, *Blackboard*, for at least 27 individuals from March 2021 to June 2022. Oftentimes, multiple individuals' Online classes

were logged onto by IP.73 on the same day for the same classes. For example (below) on May 16, 2022, seven students had one or more Online courses accessed from IP.73.

| FIRST | LAST | ONLINE CLASS (BLACKBOARD) | DATE | IP ADDRESS |
|---|---|---|---|---|
| Sxxxxx | Hxxx | Elementary Algebra | 5/16/22 | 73.144.33.242 |
| Txxxxx | Fxxxxx | Elementary Algebra | 5/16/22 | 73.144.33.242 |
| Dxxxxxxx | Exxxxxxxxx | English I | 5/16/22 | 73.144.33.242 |
| Rxxxxx | Zxxxxxx | English II | 5/16/22 | 73.144.33.242 |
| Txxxxx | Fxxxxx | English II | 5/16/22 | 73.144.33.242 |
| Rxxxxxx | Zxxxxxx | Intermediate Algebra | 5/16/22 | 73.144.33.242 |
| Rxxxxxx | Zxxxxxx | Intro To Criminal Justice | 5/16/22 | 73.144.33.242 |
| Mxxxxx | Zxxxxxx | Intro to The Visual Arts | 5/16/22 | 73.144.33.242 |
| Bxxxxx | Gxxxxxx | Introduction To Corrections | 5/16/22 | 73.144.33.242 |
| Ixxxx | Bxxxxx | Introduction To Corrections | 5/16/22 | 73.144.33.242 |

16. As mentioned, after FSA documentation is submitted, processed, and approved, DoE disburses remaining funds directly to the participating institution, which are transferred via wire or check to the student's financial account. The investigation revealed Hill owned or had control over the accounts to which FSA was disbursed. In fact, Hill is the owner of at least seven bank accounts into which at least $300,000.00 in FSA was directly disbursed in the case. The investigation obtained bank records via grand jury subpoena that show after electronic FSA disbursement, funds were either withdrawn as cash via ATM, disbursed into bank accounts owned or accessible by Hill, or electronically transferred to Hill via CashApp or other electronic means. The investigation also determined that after electronic FSA disbursement, physical debit cards were mailed to addresses owned or controlled by Hill. During the search warrant, debit card mailings, some with the cards still attached, were located. Records confirmed bank accounts and fund transfers were being accessed and verified by Hill via her email, phone number, and IP.73, which was used to access and authenticate bank accounts/debit cards disbursed with FSA.

Furthermore, Hill is seen on camera at bank branch locations and ATM, withdrawing funds from debit cards associated with Title IV recipients in the case. For example:

a. From March 2019 to July 2019, FSA refund checks ($5,006.80, $2,459.40, and $1,721.00) for "J. F.," were mailed to one of Hill's residences on Yorkshire in Detroit. After the checks were mailed, they were signed by both parties and deposited into Hill's Citizens Bank account ending 6371.
After the checks were deposited, funds were withdrawn from Hill's account in cash, or used for department store other miscellaneous purchases.

b. Similarly, from February 2021 to October 2022, Netspend debit card (ending 9973) received $38,062.60 in FSA refunds for "D. H." Immediately after each disbursement, cash was withdrawn via ATMs in Detroit. On July 7, 2021, the account initiated ACH transfers ($196.07 and $271.98) in the name of "MICHELLE HILL." Furthermore, this account's address is that of IP.73 and both Hill's phone number ending 3274 and IP.73 were used for access and authorization purposes from February 20, 2021, to October 2, 2022.

c. On October 29, 2021, a $4,206.00 FSA refund check issued to "M. D.," was disbursed into Hill's HNB account ending 8456. On October 30, 2021, video showed Hill withdrew $2,500.00 cash from the account at the Jefferson Village Branch. M. D.'s FSA accounts were accessed from IP.73 in 2021.



d. Similarly, on September 30, 2022, October 5, 2022, and October 12, 2022, three FSA refunds for "A. J." ($1,192.60; $4,882.80; and $3,959.00) were disbursed into Hill's HNB account ending 8456. On October 21, 2022, Hill withdrew $3,000.00 cash from the account at the Eastpointe Branch. In 2022, IP.73 was used for access to A. J.'s Online classes, and FSA accounts.



17. Also, on July 14, 2022, a $4,901.08 FSA refund for "P. J." was disbursed into the bank account of Hill's daughter, L. M. (Citizens Bank ending 0060). Video showed Hill accessing and withdrawing $2,250.00 cash from the account, on July 19, 2022, five days after the disbursement.



18. The investigation revealed the FSA recipients were also compensated by Hill in the form of Cash App transfers. For example, from Hill's HNB account ending 5955, multiple individuals were paid in increments ranging from $20.00 to $500.00 either before, after, or before *and* after disbursement of WCCC FSA refunds.

19. On April 26, 2023, ED-OIG Special Agents executed search warrants at Hill's residences on River Place Drive and Harvard Road. At this time, agents interviewed both Hill and her adult son, R.Z.

   a. During Hill's interview, Hill made statements consistent with what agents understood to be her role as the ringleader of an FSA fraud scheme and identified to agents the laptop and notebook she used for the FSA-related activities. Hill said coursework was submitted from her laptop. Hill told agents she "helps" people go to school to get FSA and "helps" people get high school diplomas from Southeastern. Hill told agents her adult children help her recruit the individuals and that she requests and receives payment from the FSA recipients.

   b. During R.Z.'s interview, he told agents Hill helps people get diplomas from Southeastern and helps people sign up for school to "get their money."

20. During the April 26, 2023, search warrants, agents seized physical and electronic evidence from the locations that contained elements of the FSA scheme orchestrated by Hill.

   a. **Physical Evidence.** Physical evidence seized from the locations included both loose paper and notebooks containing handwritten notes recording core elements of the scheme. Hill positively identified the notebook she used for the FSA-activities, to which it, and other notebooks/paper included, recipients' PII, FSA login information, passwords, challenge question answers, course schedules, WCCC student "A" numbers, and banking information. Also located were debit cards disbursed with FSA for case recipients and their associated physical mailings. When asked why she had the physical mail of these individuals in her residence, Hill told agents she holds onto the debit cards because people "trust her more than they trust themselves." Other physical evidence found were multiple "signed" FSA paperwork for recipients, completed coursework and tests, diplomas, to include a Southeastern diploma in its associated mailing, a Southeastern High School "Fast Track Program" Proficiency test with answers, and a Southeastern test return envelope.

   b. **Electronic evidence.** Among the electronic devices seized were Hill's cell phones (a Samsung Note 20 and a Samsung Galaxy Z) a USB thumb drive, and a Dell laptop, to which Hill told agents was the device she used for FSA-related activities. Forensic analysis confirmed evidence of the FSA scheme on each of the devices. Evidence included multiple photographs of recipients' identification documents (drivers licenses, social security cards, birth certificates, etc.), photographs of debit cards and bank account information, diplomas, over 100 pages of completed

and "signed" FSA documentation for case recipients, Southeastern High School Transcript requests and completed tests, screenshots of test answers and test completion from WCCC's Online portal. Also located on the laptop specifically, were over 800 completed coursework documents (PowerPoints, exams, papers, etc.) associated with recipients in the case. Of the coursework, numerous of the exact same files, with only the "student name" changed on the document, were found. For instance, over 100 "About Me" PowerPoints, many of which were duplicates, were located for different recipients. Similarly, other duplicate papers, assignments, and PowerPoints, with only the "student name" changed, were located. These included 9 papers on "Barbie"; 7 papers on "Community Policing"; 6 papers on "Pampers"; and 6 PowerPoint decks on "Family Stressors."

c. **Text message evidence.** Manual analysis of Hill's seized phones (a Samsung Note 20 and a Samsung Galaxy Z, with phone number ending 3724), revealed detailed text conversations from September 2019 to April 2023, wherein messages indicated Hill was facilitating the scheme and taking classes for numerous FSA recipients. Text messages displayed conversations consisting of the recruitment of "students," as well as the exchanging of PII, bank account information, payment arrangements (deposits, CashApp, meetup, etc.), and other correspondence. Messages also revealed that Hill impersonated recipients via her phone while communicating with professors.

## CONCLUSION

21.     Based on the foregoing evidence, I assert there is probable cause to believe that Michelle Denise Hill intentionally perpetrated an FSA fraud scheme against the U.S. Department

of Education, and that in executing the scheme Hill caused the interstate transmission of information via wire, in violation of Title 18 U.S.C. § 1343 (Wire Fraud).

_____
Morgan Pilat
Special Agent
U.S. Department of Education
Office of Inspector General

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

September 11, 2025